**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARCIA THOMAS,**

    *Plaintiff*,

v.                                                      Case No.: 4:25cv27-MW/MAF

**REVELL LAWRENCE and**
**GAVIN LARRMORE,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** for failure to state a claim upon which relief may be granted and because the claims are barred by the statute

of limitations." The Clerk shall close the file.

**SO ORDERED on March 21, 2025.**

*s/Mark E. Walker*
**Chief United States District Judge**
